# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 2:20-cr-20058-JTF-1** |
| | ) | |
| **MARTAVIUS FREEMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO SUPPRESS

Before the Court is Defendant Martavius Freeman's Motion for Suppression of Evidence ("Motion to Suppress"), filed on June 26, 2020. (ECF No. 23.) The government filed its response opposing the Motion on July 13, 2020. (ECF No. 27.) The Motion was referred to the United States Magistrate Judge, who held a hearing on the matter on August 4, 2020. (ECF Nos. 24 & 29.) On October 14, 2020, the Magistrate Judge issued a Report and Recommendation ("R. & R.") on Defendant's Motion to Suppress, advising the Court to deny the Motion because the traffic stop, detainment, and questioning of Defendant in this case were lawful. (ECF No. 23, 8-9; 12-13.) The Defendant did not file any objections to the R. & R. and his opportunity to do so has passed. L.R. 72.1(g)(2).

Upon *de novo* review, and in the absence of any objections, the Court **ADOPTS** the Magistrate Judge's recommendation and **DENIES** Defendant's Motion to Suppress. *See United States v. Jones*, No. 2:13-cr-20157-SHL-dkv, 2014 U.S. Dist. LEXIS 106954, at *4 (W.D. Tenn. Aug. 5, 2014) ("A court need not review any aspect of a report and recommendation to which no specific objection is made.") (citing *Thomas v. Arn*, 474 U.S. 140, 149, 106 S. Ct. 466, 472 (1985)).

**IT IS SO ORDERED** on this 8th day of December 2020.

s/John T. Fowlkes, Jr.
John T. Fowlkes, Jr.
United States District Judge